UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ALI ALI, ET AL.                                                      Plaintiffs

v.                                                      Civil Action No. 3:23CV-108-RGJ

ALLSTATE NORTHBROOK IDEMNITY                                   Defendant
COMPANY

* * * * *

## ORDER

The Court, having been advised by the mediator in this case, that settlement has been
reached on all matters in this case [DE 28], **ORDERS** that this action be, and the same hereby is,
**DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the **ACTIVE DOCKET.**

The parties shall tender an agreed order dismissing this case with prejudice within
forty-five (45) days of entry of this Order. The Court will entertain a motion to redocket this
action upon application to this Court within forty-five (45) days from entry of this Order if the
settlement is not consummated.

June 28, 2024

Rebecca Grady Jennings, District Judge
United States District Court

Copies to:  Counsel of Record